

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2020

No. 04-19-00538-CV

William Alec **TISDALL**, M.D. and William A. Tisdall, M.D., P.A. d/b/a Spine & Joint Pain Specialists,
Appellants

v.

Thomas **VAREBROOK** and Rebecca Varebrook,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-06007
Honorable Michael E. Mery, Judge Presiding

# O R D E R

　　We grant appellees' motion for extension of time to file their brief. We order appellees' brief due October 23, 2020.

_____
Luz Elena D. Chapa, Justice

　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court